

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable James W. Strawn
County Attorney
Willacy County
Raymondville, Texas

Dear Sir:

Opinion No. O-4209
Re: Whether Article 7336l has the
effect of remitting penalty
and interest on all 1940 ad
valorem taxes paid by November 1, 1941.

This will acknowledge receipt of your letter of recent date requesting the opinion of this department upon the following question, which we quote from your letter:

"Did Article 7336l have the effect of remitting penalty and interest on 1940 ad valorem taxes if said taxes were paid by November 1, 1941?"

We quote Section 1 of Article 7336l, (Vernon's Annotated Statutes) which is the only section involved in your question, as follows:

"Sec. 1. That all interest and penalties that have accrued on all ad valorem and poll taxes that were delinquent on or before July 1, 1940, due the State, any county, common school district, road district, levee improvement district, water improvement district, and water control and improvement district, irrigation district, and other defined subdivisions of the State (and, subject to the provisions hereinbefore and hereinafter contained, such interest and penalties on delinquent ad valorem and poll taxes due cities, towns, and villages, and special school districts, and independent school districts,) shall be and the same are hereby released, provided

said ad valorem and poll taxes are paid on
or before November 1, 1941. It is provided
that the provisions hereof shall not apply
to cities, towns, and villages, and special
school district, or independent school dis-
tricts, unless and until the governing body
of any such city, town, or village, or special
school district, or independent school district
finds that unusual or excessive default in the
payment of ad valorem and poll taxes has occurred,
and that an extension of time for the payment
of such delinquent ad valorem and poll taxes
will promote and accelerate the collection there-
of, whereupon such governing body shall adopt a
resolution or ordinance evidencing such finding,
and upon the recording of such findings of fact
the provisions of this Act shall be in full force
and effect as to any such city, town, or vil-
lage, or special school district, or independent
school district. It is hereby expressly and
specifically provided that penalties and interest
herein released are released only on delinquent
ad valorem and poll taxes and on no other taxes."

You will note that the effect of this article is
restricted in unmistakable terms to "all interest and pen-
alties that have accrued on all ad valorem taxes that were
delinquent on or before July 1, 1940".

This Act further provides that such interest and
penalties shall be remitted only if the ad valorem and poll
taxes against which they have accrued are paid on or before
November 1, 1941. The fact that the delinquent taxpayer has
until the latter date to take advantage of the remission does
not extend the class of penalties and interest included within
the scope of the legislation, and interest and penalties ac-
cruing against taxes which became delinquent at any time after
July 1, 1940 are not included.

Therefore, it is the opinion of this department,
and you are so respectfully advised, that penalties and
interest only on ad valorem and poll taxes which became

Honorable James W. Strawn - Page 3

delinquent on or before July 1, 1940, and which were paid
on or before November 1, 1941, were remitted by the provi-
sions of Article 7336i. Taxes for the year 1940 were neither
due nor delinquent on July 1, 1940, and taxes for that year ob-
viously are not embraced in the Act. It follows that taxes
for the year 1940, which became delinquent in 1941, are
subject to the usual penalties and interest.

Trusting that we have fully answered your inquiry,
we are

APPROVED DEC 19, 1941

FIRST ASSISTANT
ATTORNEY GENERAL

PM:FS

Yours very truly

ATTORNEY GENERAL OF TEXAS

By _____
Peter Maniscalco
Assistant

APPROVED
OPINION
COMMITTEE
BY _____
CHAIRMAN